# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| CARDWARE, INC., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:25-CV-00446-ADA |
| | § | |
| APPLE INC., | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |
| | § | |

## NOTICE AND JOINT MOTION TO SUSPEND PRETRIAL DEADLINES PENDING TRIAL DATE

Plaintiff CardWare, Inc. ("Plaintiff") and Defendant Apple Inc. ("Defendant") hereby provide notice of changed pretrial deadlines and jointly move the Court to suspend all pretrial deadlines pending a trial date being set by the Court. For avoidance of doubt, the suspended pretrial deadlines are listed in the table below. The parties provide notice as this extension will not change or affect the date for any currently set hearing or trial, as the Court entered an order vacating all hearings, pretrial conferences, and trial dates (ECF No. 112). Once a trial date is set, the parties will meet and confer in an effort to submit an agreed upon pretrial schedule.

| Current Deadline | New Deadline | Item |
|---|---|---|
| June 1, 2026 | Suspended pending trial date | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |

1

| Current Deadline | New Deadline | Item |
|---|---|---|
| June 10, 2026 | Suspended pending trial date | Dispositive motion deadline and Daubert motion deadline.<br><br>See General Issues Note #9 regarding providing copies of the briefing to the Court and the technical advisor (if appointed).<br><br>Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civilforms/notice-consent-and-reference-civil-action-magistratejudge. |
| June 18, 2026 | Suspended pending trial date | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, deposition designations). |
| July 2, 2026 | Suspended pending trial date | Serve objections to pretrial disclosures/rebuttal disclosures. |
| July 9, 2026 | Suspended pending trial date | Serve objections to rebuttal disclosures; file *motions in limine*. |
| July 16, 2026 | Suspended pending trial date | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, deposition designations); file oppositions to motions in limine<br><br>From this date onwards, the parties are obligated to notify the Court of any changes to the asserted patents or claims. Such notification shall be filed on the docket within seven (7) days of the change and shall include a complete listing of all asserted patents and claims. If a change to the asserted patents or claims requires leave of court (for example, if a party is moving for leave to assert additional claims), notification shall not be required until the Court grants leave, at which point the notification must be filed within seven (7) days. |
| July 23, 2026 | Suspended pending trial date | Deadline to file replies to *motions in limine* |
| July 29, 2026 | Suspended pending trial date | Deadline to meet and confer regarding remaining objections and disputes on *motions in limine*. |
| July 30, 2026 | Suspended pending trial date | File joint notice identifying remaining objections to pretrial disclosures and disputes on *motions in limine*. |

Dated: May 21, 2026

/s/ Eric H. Findlay
Eric H. Findlay
State Bar No. 00789668
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
102 N. College Avenue, Suite 900
Tyler, Texas 75702
Tel: (903)534-1100
Fax: (903)534-1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Matthew G. Berkowitz (*Pro Hac Vice*)
Yue (Joy) Wang (*Pro Hac Vice*)
Leaf Williams (*Pro Hac Vice*))
Timothy Trost (*Pro Hac Vice*)
Jeff Leung (*Pro Hac Vice*)
Aaron Morris (*Pro Hac Vice*)
REICHMAN JORGENSEN LEHMAN
     & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com
ywang@reichmanjorgensen.com
lwilliams@reichmanjorgensen.com
ttrost@reichmanjorgensen.com
jleung@reichmanjorgensen.com
amorris@reichmanjorgensen.com

Khue Hoang (*Pro Hac Vice*)
Patrick Colsher
REICHMAN JORGENSEN LEHMAN
     & FELDBERG LLP
650 Fifth Avenue, Suite 2320
New York, NY 10019
Tel: (212) 381-1965
khoang@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com

Nathan Mammen (*Pro Hac Vice*)
Cole Tipton (*Pro Hac Vice*)
Connor Houghton *(Pro Hac Vice)*

Respectfully submitted,

/s/ John M. Guaragna
John M. Guaragna
Texas Bar No 24043308
Nandan R. Padmanabhan
Texas Bar No. 24145172
Zachary Loney
Texas Bar No. 24092714
Michael Saulnier
Texas Bar No. 24131647
DLA PIPER LLP (US)
303 Colorado, Suite 3000
Austin, TX  78701
Tel: (512) 457-7125
john.guaragna@us.dlapiper.com
nandan.padmanabhan@us.dlapiper.com
zachary.loney@us.dlapiper.com

Sean Cunningham
Erin Gibson
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Tel: (202) 799-4000
sean.cunningham@us.dlapiper.com
erin.gibson@us.dlapiper.com

Robert Williams
Peter Maggiore
Richard Mulloy (*Pro Hac Vice*)
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: (858) 677-1400
robert.williams@us.dlapiper.com
peter.maggiore@us.dlapiper.com
richard.mulloy@us.dlapiper.com

Martin M. Ellison *(Pro Hac Vice)*
Tessa Duxbury (*Pro Hac Vice*)
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067
Tel: (310) 595-3000

3

Natalie Griffin *(Pro Hac Vice)*
REICHMAN JORGENSEN LEHMAN
   & FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 894-7460
nmammen@reichmanjorgensen.com
ctipton@reichmanjorgensen.com
choughton@reichmanjorgensen.com
ngriffin@reichmanjorgensen.com

Scott L. Cole
Texas Bar No. 00790481
REICHMAN JORGENSEN LEHMAN
   & FELDBERG LLP
515 Congress Avenue, Suite 1900
Austin, TX 78701
Tel: (737) 227-3102
scole@reichmanjorgensen.com

*Attorneys for Plaintiff CardWare Inc.*

martin.ellison@us.dlapiper.com
tessa.duxbury@us.dlapiper.com

Ahimsa E. Hodari
Texas Bar No. 24132415
DLA PIPER LLP (US)
845 Texas Avenue, Suite 3800
Houston, TX 77002
Tel: 713.425.8400
ahimsa.hodari@us.dlapiper.com

Mary C. Dahl *(Pro Hac Vice)*
Carrie L. Williamson *(Pro Hac Vice)*
DLA Piper LLP (US)
3203 Hanover St., Suite 100
Palo Alto, CA 94304
Tel: (650) 833-2000
mary.dahl@us.dlapiper.com
carrie.williamson@us.dlapiper.com

Chris M. Katsantonis
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606
Tel: (312) 368-2127
chris.katsantonis@us.dlapiper.com

Nan Lan
DLA Piper LLP (US)
1900 N. Pearl Street, Suite 2000
Dallas, TX 75201
Tel: (214) 743-4569
nan.lan@us.dlapiper.com

*Attorneys for Defendant*
*Apple Inc.*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21 day of May, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ John M. Guaragna
John M. Guaragna